IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MATTHEW A. COLLINS,

        Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX INFORMATION
SERVICES, LLC, TRANS UNION LLC, and
TRUIST BANK, N.A.,

        Defendants.

Civil No. 2:24-cv-00629-EWH-DEM

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION LLC

    The parties respectfully notify the Court that Plaintiff and Defendant Trans Union LLC have settled all claims between them in this matter. Each party will bear its own attorneys' fees and court costs. Trans Union and Plaintiff anticipate filing dismissal documents to the Court within sixty (60) days. The parties request that the Court retain jurisdiction for any matters related to completing the settlement.

Respectfully submitted,

*/s/Marc F. Kirkland*
Marc F. Kirkland
Virginia Bar Number 96234
*Attorneys for Trans Union LLC*
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Phone: (214) 560-5454
Fax: (214) 871-2111
mkirkland@qslwm.com

                                    */s/ Ariel L. Stein*
Ariel L. Stein
Virginia Bar No. 84497
Stein@bischoffmartingayle.com
Bischoff Martingayle P.C.
208 East Plume Street, Suite 247
Norfolk, VA 23510
(757) 935-9194
(757) 440-3934 Fax
***Counsel for Plaintiff***

DATED: January 17, 2025

7779052.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January 2025, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Ariel L. Stein
Stein@bischoffmartingayle.com
Bischoff Martingayle P.C.
208 East Plume Street, Suite 247
Norfolk, VA 23510
(757) 935-9194
(757) 440-3934 Fax
*Counsel for Plaintiff*

David Neal Anthony
david.anthony@troutman.com
Harrison S. Kelly
scott.kelly@troutman.com
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23219
(804) 697-5410
(804) 698-5118 Fax
*and*
Steven R Zahn
steve.zahn@troutman.com
Troutman Pepper
222 Central Park Avenue
Ste 2000
Virginia Beach, VA 23462
757-687-7589
*Counsel for Experian Information Solutions, Inc.*

John Willard Montgomery, Jr.
jmontgomery@tmande.com
Traylor Montgomery & Elliott PC
130 E Wythe Street
Petersburg, VA 23803
(804) 861-1122
(804) 733-6022 Fax
*Counsel for Equifax Information Services, LLC*

John Darren Sadler
sadlerj@ballardspahr.com
Ballard Spahr LLP (DC)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 661-7659
(202) 661-2299 Fax
*Counsel for Truist Bank*

s/Marc F. Kirkland
Marc F. Kirkland
Virginia Bar Number 96234
Attorneys for Trans Union LLC
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Phone: (214) 560-5454
Fax: (214) 871-2111
mkirkland@qslwm.com

7779052.1