IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MATTHEW A. COLLINS,

        Plaintiff,

v.                                               Civil No. 2:24-cv-00629-EWH-DEM

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX INFORMATION
SERVICES, LLC, TRANS UNION LLC, and
TRUIST BANK, N.A.,

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC

TO THE HONORABLE JUDGE ELIZABETH W. HANES:

        Plaintiff Matthew A. Collins and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

        There are no longer any issues in this matter between Plaintiff Matthew A. Collins and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

                                                               Respectfully submitted,

                                                               */s/Marc F. Kirkland*
                                                               Marc F. Kirkland
                                                               Virginia Bar Number 96234
                                                               *Attorneys for Trans Union LLC*
                                                               Quilling, Selander, Lownds,
                                                               Winslett & Moser, P.C.
                                                               6900 N. Dallas Parkway, Suite 800
                                                               Plano, Texas 75024
                                                               Phone: (214) 560-5454

        Fax: (214) 871-2111
        mkirkland@qslwm.com


        */s/Ariel L. Stein*
        Ariel L. Stein
        Virginia Bar Number 84497
        Stein@bischoffmartingayle.com
        Bischoff Martingayle P.C.
        208 East Plume Street, Suite 247
        Norfolk, VA 23510
        (757) 935-9194
        (757) 440-3934 Fax
        ***Counsel for Plaintiff***

DATED: January 27, 2025

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January 2025, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Ariel L. Stein
Stein@bischoffmartingayle.com
Bischoff Martingayle P.C.
208 East Plume Street, Suite 247
Norfolk, VA 23510
(757) 935-9194
(757) 440-3934 Fax
*Counsel for Plaintiff*

David Neal Anthony
david.anthony@troutman.com
Harrison S. Kelly
scott.kelly@troutman.com
Troutman Pepper Hamilton Sanders LLP 1001 Haxall Point
P.O. Box 1122
Richmond, VA 23219
(804) 697-5410
(804) 698-5118 Fax
*and*
Steven R Zahn
steve.zahn@troutman.com
Troutman Pepper
222 Central Park Avenue
Ste 2000
Virginia Beach, VA 23462
757-687-7589
*Counsel for Experian Information Solutions, Inc.*

John Willard Montgomery, Jr.
jmontgomery@tmande.com
Traylor Montgomery & Elliott PC
130 E Wythe Street
Petersburg, VA 23803
(804) 861-1122
(804) 733-6022 Fax
*Counsel for Equifax Information Services, LLC*

John Darren Sadler
sadlerj@ballardspahr.com
Ballard Spahr LLP (DC)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 661-7659
(202) 661-2299 Fax
*Counsel for Truist Bank*

        s/Marc F. Kirkland
Marc F. Kirkland
Virginia Bar Number 96234
Attorneys for Trans Union LLC
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Phone: (214) 560-5454
Fax: (214) 871-2111
mkirkland@qslwm.com

3

7779053.1