IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| MATTHEW A. COLLINS,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC and TRUIST BANK,<br><br>        Defendants. | Case No. 2:24-cv-00629-EWH-DEM<br><br>**JOINT NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES LLC ONLY** |

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Defendant Equifax Information Services, LLC ("Equifax") and Matthew A. Collins ("Plaintiff"), and hereby notifies the Court that the Plaintiff and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant Equifax. Plaintiff's claims as to the remaining Defendants remain before the Court. Equifax requests that the Court vacate all pending deadlines in this matter as to Equifax only. Equifax also requests that the Court retain jurisdiction for any matters related to completing the settlement.

315932370v.1

- 2 -

DATED: February 6, 2025        Respectfully submitted,

BISCHOFF MARTINGAYLE P.C.

By: */s/ Ariel L. Stein*
    Ariel L. Stein
    VSB No. 84497
    Counsel for Plaintiff
    Bischoff Martingayle P.C.
    208 East Plume Street, Suite 247
    Norfolk, VA 23510
    (757) 935-9194
    (757) 440-3934 Fax
    Stein@bischoffmartingayle.com

TRAYLOR, MONTGOMERY & ELLIOTT, PC

By: */s/ John W. Montgomery, Jr.*
    John W. Montgomery, Jr.
    VSB No. 37149
    Counsel for Defendant Equifax Information Services, LLC
    jmontgomery@tmande.com
    Traylor, Montgomery & Elliott, PC
    130 E. Wythe Street
    Petersburg, VA 23803
    Telephone: (804) 861-1122
    Facsimile: (804) 733-6022

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2025, I presented the foregoing JOINT NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ John W. Montgomery, Jr.*
John W. Montgomery, Jr.
*Counsel for Defendant*
*Equifax Information Services LLC*

315932370v.1